UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EDWARD THOMAS, | ) | No. CV 09-4424 R (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| F. GONZALEZ, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: <u>Nov. 12, 2010</u>

MANUEL L. REAL
United States District Judge